| Date | Pleading Number | |
|---|---|---|
| 2/19/74 | 1. | MOTION with supporting brief of Judith Wilder Briskin, et al., pltfs. in nine actions in nine different districts. Sch3edule A and affidavit of servce on counsel and clerks attached. Requested transferee forum: C.D. California |
| 2/27/74 | | HEARING ORDER- Setting A-1 through A-9 for hxxkxxh hearing, Denver, Colorado, March 22, 1974 |
| 3/4/74 | | VIRGINIA NATIONAL BANK request for extension to file- Granted to 3/11/74 |
| 3/5/74 | 2 | CHASE MANHATTAN BANK, AND FRENCH AMERICAN BANK response to motion w/cert. of service |
| 3/5/74 | 3 | FIRST NATIONAL BANK OF CHICAGO response to motion w/cert. of service |
| 3/6/74 | 4 | SEATTLE FIRST NATIONAL BANK response to motion w/cert. of service |
| 3/7/74 | 5 | CENTRAL NATIONAL BANK OF CLEVELAND response to motion |
| 3/7/74 | 6 | MANUFACTURES HANOVER TRUST CO. response to motion |
| 3/7/74 | 7 | FRANKLIN NATIONAL BANK response to motion |
| 3/8/74 | 8 | CENTRAL PENN NATIONAL BANK OF PHILA. response to motion w/cert. of service |
| 3/11/74 | 9 | VIRGINIA NATIONAL BANK response to motion w/cert. of service |
| 3/12/74 | 10 | AMERICAN FLETCHER NATIONAL BANK AND TRUST CO. response to motion w/cert. of service |
| 3/19/74 | 11 | TELEGRAM from counsel for Judith Wilder Briskin, et al. withdrawing motion filed for coordinated or consolidated pretrial proceedings |
| 3/19/74 | | ORDER - VACATING hearing order entered on Feb. 27, 1974. Notified counsel. |
| 3/20/74 | | Letter from movants Judith Wilder Briskin, et al. stating they withdraw their motion w/cert. of service |

Description of Litigation

IN RE BECK INDUSTRIES, INC. SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) _____ *Motion Withdrawn*

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered ____   Name of Transferee Judge _____

Consolidation Denied ____   Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Judith Wilder Briskin, et al. v. The Chase Manhattan Bank, N.A., et al. | S.D.N.Y. | 74-Civ-517 | | | | Pltfs. Mot. 2/19/74 |
| A-2 | Judith Wilder Briskin, et al. v. Franklin National Bank | E.D.N.Y. | 74-C-139 | | | | " |
| A-3 | Judith Wilder Briskin, et al. v. Bank of America National Trust & Savings Assn. | N.D.Cal. | C-74-203-GBH | | | | " |
| A-4 | Judith Wilder Briskin, et al. v. Central Penn National Bank of Philadelphia | E.D.Pa. | CA-74-188 | | | | " |
| A-5 | Judith Wilder Briskin, et al. v. Seattle-First National Bank | W.D.Wash. *Sharp* | C-74-49-S | | | | " |
| A-6 | Judith Wilder Briskin, et al. v. Virginia National Bank | E.D.Va. | 74-38-N | | | 9/15/74 *corresp.* | " |
| A-7 | Judith Wilder Briskin, et al. v. Central National Bank of Cleveland | N.D.Ohio (E Div.) | C-74-80 | | | | " |
| A-8 | Judith Wilder Briskin, et al. v. American Fletcher National Bank & Trust Co. | S.D.Ind. | IP74-55-C | | | | " |
| A-9 | Judith Wilder Briskin, et al. v. The First National Bank of Chicago | N.D.Ill. *Decker* | 74-C-237 | | | | " |

p. _____

# ATTORNEY SERVICE LIST
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 168 -- IN RE BECK INDUSTRIES, INC. SECURITIES LITIGATION

| Plaintiff | Defendant |
|---|---|
| JUDITH WILDER BRISKIN, ET AL. (A-1 thru A-9)<br>Jacob Swartz, Esquire<br>Dryden, Harrington & Swartz<br>One Wilshire Bldg., Suite 703<br>Los Angeles, California  90017 | THE CHASE MANHATTAN BANK<br>FRENCH AMERICAN BANKING CORP.<br>Andrew J. Connick, Esquire<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, New York  10005<br><br>FRANKLIN NATIONAL BANK<br>Milton Kunen, Esquire<br>Kaye, Scholer, Fierman, Hays & Handler<br>425 Park Avenue<br>New York, New York  10022<br><br>BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION<br>Ullar Vitsut, Esquire<br>Harris B. Taylor, Esquire<br>Bank of America Tower<br>555 South Flower Street<br>Los Angeles, California  90071<br><br>MANUFACTURERS HANOVER TRUST CO.<br>Roy L. Reardon, Esquire<br>Simpson, Thacher & Bartlett<br>One Battery Park Plaza<br>New York, New York  10004<br><br>CENTRAL PENN NATIONAL BANK OF PHILADELPHIA<br>Edward C. Mengel, Jr., Esquire<br>White & Williams<br>19th Flr., Land Title Building<br>SW Corner of Broad & Chestnut Sts.<br>Philadelphia, Pennsylvania  19110 |

| Plaintiff | Defendant |
|---|---|
| | **SEATTLE-FIRST NATIONAL BANK**<br>Payton Smith, Esquire<br>Davis, Wright, Todd, Riese & Jones<br>4200 Seattle-First National Bank Bldg.<br>Seattle, Washington  98154<br><br>~~VIRGINIA NATIONAL BANK~~<br>~~Conrad M. Shumadine, Esquire~~<br>~~Kaufman, Oberndorfer & Spainhour~~<br>~~Virginia National Bank Building~~<br>~~Norfolk, Virginia  23510~~<br><br>**CENTRAL NATIONAL BANK OF CLEVELAND**<br>J. H. McCombs, Esquire<br>Central National Bank of Cleveland<br>800 Superior Avenue<br>Cleveland, Ohio  44114<br><br>**AMERICAN FLETCHER NATIONAL BANK & TRUST COMPANY**<br>Theodore R. Boehm, Esquire<br>Baker & Daniels<br>810 Fletcher Trust Building<br>Indianapolis, Indiana  46204<br><br>**FIRST NATIONAL BANK OF CHICAGO**<br>Joseph DuCoeur, Esquire<br>Kirkland & Ellis<br>Prudential Plaza<br>Chicago, Illinois  60601 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-168 -- IN RE BECK INDUSTRIES, INC. SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Jacob Swartz, Esquire<br>Dryden, Harrington & Swartz<br>One Wilshire Bldg., Suite 703<br>Los Angeles, California  90017 | French Am'n Banking Corp.<br>THE CHASE MANHATTAN BANK<br>  Andrew J. Connick, Esquire<br>  Milbank, Tweed, Hadley & McCloy<br>  1 Chase Manhattan Plaza<br>  New York, New York  10005<br><br>  Mitchell Silberberg & Knupp<br>  1800 Century Park East<br>  Los Angeles, California  90067<br><br>FRANKLIN NATIONAL BANK<br>  Milton Kunen, Esquire<br>  Kaye, Scholer, Fierman, Hays & Handler<br>  425 Park Avenue<br>  New York, New York  10022<br><br>  Also Mitchell, Silberburg & Knupp<br><br>BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSN.<br>  Harris B. Taylor, Esquire<br>  Ullar Vitsut, Esquire<br>  Bank of America Tower<br>  555 South Flower Street<br>  Los Angeles, California  90071<br><br>MANUFACTURERS HANOVER TRUST CO.<br>  Roy L. Reardon, Esquire<br>  Simpson, Thacher & Bartlett<br>  One Battery Park Plaza<br>  New York, New York 10004<br><br>  Also Mitchell, Silberburg & Knupp<br><br>CENTRAL PENN NATIONAL BANK OF PHILADELPHIA<br>  Edward C. Mengel, Jr., Esq.<br>  White & Williams<br>  19th Flr., Land Title Bldg.<br>  SW Corner of Broad & Chestnut Sts.<br>  Philadelphia, Pa.  19110<br><br>  Schwartz & Alschuler<br>  1880 Century Park East., Ste 1212<br>  Los Angeles, California  90067 |

| No. | Plaintiff | Defendant |
|---|---|---|
| | | FRENCH-AMERICAN BANKING CORP.<br>   Same as for Chase Manhattan<br><br>SEATTLE-FRST NATIONAL BANK<br>   Payton Smith, Esquire<br>   Davis, Wright, Todd, Riese & Jones<br>   4200 Seattle-First Nat'l Bank Bldg.<br>   Seattle, Washington  98154<br><br>   Also Mitchell, Silberberg & Knupp<br><br>VIRGINIA NATIONAL BANK<br>   Conrad M. Shumadine, Esquire<br>   Kaufman, Oberndorfer & Spainhour<br>   Virginia National Bank Building<br>   Norfolk, Virginia  23510<br><br>   Arthur L. Sherwood, Esquire<br>   Gibson, Dunn & Crutcher<br>   515 South Flower Street<br>   Los Angeles, California  90071<br><br>CENTRAL ANTIONAL BANK OF CLEVELAND<br>   J. H. McCombs, Esquire<br>   Central Nat'l Bank of Cleveland<br>   800 Superior Avenue<br>   Cleveland, Ohio  44114<br><br>   Also Mitchell, Silberberg & Knupp<br><br>AMERICAN FLETCHER NATIONAL BANK & TRUST CO<br>   John M. Ryan, Esquire<br>   American Fletcher National Bank<br>   101 Monument Circle<br>   Indianapolis, Indiana  46204<br><br>   Also Mitchell, Silberberg & Knupp<br><br>FIRST NATIONAL BANK OF CHICAGO<br>   James B. Jergens, Esquire<br>   First National Bankof Chicago<br>   1 First National Plaza<br>   Chicago, Illinois  60670<br><br>   Bennett W. Priest, Esquire<br>   O'Melveny & Myers<br>   611 West Sixth Street<br>   Los Angeles, California  90017 |